```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

W.C.,

                       Plaintiff,

       -against-

MODESTO FONTANEZ,

                       Defendant.

20-cv-5765 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

       Because of a conflict in the Court's calendar, the default judgment hearing previously scheduled to take place on February 19, 2021 is ADJOURNED to February 26, 2021 at 2:30 PM. The Court apologizes for any inconvenience to the parties.

       All submissions in connection with the hearing must be filed by February 19, 2021. Plaintiff shall serve a copy of this Order on Defendant, and file proof of such service on ECF, by February 11, 2021.

**SO ORDERED.**

Date: **February 5, 2021**
       **New York, NY**

*(signature: Mary Kay Vyskocil)*
**MARY KAY VYSKOCIL**
**United States District Judge**