**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

WILLIAM CARRERAS,

Plaintiff,

-against-

20 **CIVIL** 5765 (MKV)

**JUDGMENT**

MODESTO FONTANEZ,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 30, 2022, Defendant's Motion to Dismiss is

GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

March 30, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**